

**07 CV 3086**

JUDGE BAER

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEI LICENSING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PERFUME NETWORK, a New York corporation; MAJOR PERFUMES, INC., a New York corporation; TRADE PLUS, INC., a New York corporation; HARBANS LAL GERA, an individual; and BHARAT GERA, an individual,<br><br>Defendants. | CIV. ACTION NO.:<br><br>**PLAINTIFF'S RULE 7.1 STATEMENT** |



APR 1 7 2007

CASHIERS

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that Perry Ellis International, Inc., a publicly-traded company, is the corporate parent of PEI Licensing, Inc.

Dated: April 16, 2007

Respectfully submitted,

**GREENBERG TRAURIG LLP**

By: _____

G. Roxanne Elings (GE 8321)
David Saenz (DS 1976)
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Attorneys for Plaintiff PEI Licensing, Inc.