**Exhibit A**

National Archives Trust Fund Board NATF Form 83 (12-2004)

OMB Control No. 3095-... Expires ...

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
## ORDER FOR COPIES OF CIVIL CASES

FEB 22 2007

**BRING TO THE FRONT OFFICE**

**1. LOCATION**
NARA, Central Plains Region
200 Space Center Drive, Lee's Summit, MO 64064
Fax: (816)268-8159

**2. AREAS SERVED**
New York, New Jersey, Puerto Rico and the Virgin Islands

### Copy Package Not Certified
- [x] Entire Case File — $35.00 (70 page maximum)
- [x] Docket Sheet — $10.00 (20 page maximum)

*Pages exceeding the package maximum require an additional $0.50 per copy charge. We will notify you for approval of charges before copying is done.*

2-23-07
W. 639-3

### Copy Packages Certified
(Certification for fax copies is not available)
- [ ] Entire Case File Certified — $41.00
- [ ] Docket Sheet — $16.00

*Pages exceeding the package maximum require an additional $0.50 per copy charge. We will notify you for approval of charges before copying is done.*

| COURT LOCATION (city & state) | CASE NAME(S) | CASE NUMBER |
|---|---|---|
| Southern District of New York | Compagnie Francaise v. Oena | 89 cv 8555 |
| TRANSFER NUMBER | BOX NUMBER | LOCATION NUMBER |
| 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 | 18 | H3045072 |

- [x] Fax
- [ ] Mail
- [ ] FedEx (additional $25.00)
- [ ] Fed Ex Account#

**MAIL COPIES TO:** 5/8?

| NAME | |
| ADDRESS | APT#/SUITE# |
| CITY | |
| STATE AND ZIP | |
| DAYTIME TELEPHONE NUMBER | |

**FAX COPIES TO:**
FAX NUMBER: 212-224-6138
ATTENTION: Christy Schaeffer
DAYTIME TELEPHONE NUMBER: 212-801-2282

### Credit Card
CARD TYPE:
- [ ] VISA
- [ ] MasterCard
- [x] American Express
- [ ] Discover

ACCOUNT NUMBER: 3715737████████
EXPIRATION DATE: 04/10
NAME ON CARD: CHRISTY SCHAEFFER
SIGNATURE or THREE DIGIT SECURITY CODE: Christy Schaeff...

### Check or Money Order
Make your check or money order payable to:
**National Archives Trust Fund (NATF)**
Mail your request with payment to the address shown in block 1 at the top of this page.

| SEARCHER | DATE | |
|---|---|---|
| | [ ] Review – Date: Time: | PAYMENT: [ ] Paid |
| REMARKS | | Check # |

| | | MO. | DAY | YR. | | | | | | JU. NO. 8614 | C.P. 2/5 | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 89 | 8555 | 1 | 12 | 26 | 89 | 3 | 840 | | 0R30 | 88868 | P | 89 | 8555 |

**PLAINTIFFS**

COMPAGNIE FRANCAISE DE
COMMERCE INTERNATIONAL, S.A.
AND
NATIONAL TRADING MANUFACTURING
INC.,

**DEFENDANTS** MUKASEY

GERA, BHARAT, B.
GERA DISTRIBUTORS USA G.D.
FRANCE FRAGRANCES, INC.,
M-K FRAGRANCES AND COSMETICS,
KHURANA COSMETICS INC.,
CROSS RUBENSTEIN,
VARIOUS JOHN DOES,
VARIOUS JANE DOES
AND
VARIOUS ABC COMPANIES,

REGAL IMPORTS U.S.A. 5-2-90
KRIS COSMETICS & FRAGRANCES INC - 5-3-90

MHD

AMENDED COMPLT
4/9/90

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

15 USC 1114----TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

~~HUNTER, ATKINS & STORCH~~
~~9 EAST 37th STREET~~
~~NEW YORK, N.Y. 10016~~
~~(212) 481-7765~~

SXW + BRENDEL, P.C.
BY: VICTOR P. MUSKIN
10 EAST 42ND Street
New York, N.Y. 10017
(212) 973-8100

**ATTORNEYS**

MEYERSON & RANOS
6 East 45th Street
New York, N.Y. 10017
(212) 682-6410

BASS & ULLMAN
747-3rd Ave
NYC 10017
751-4949 (for regal and kris)

| CHECK FICHE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | STATISTICAL CARDS | |
|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | DEC 2 6 1989 | 507 | | JS 5 / JS 6 | 2/26/92 |

UNITED STATES DISTRICT COURT DOCKET                    DC 111 (Rev. 8/87)

COMITE COLBERT CHAMBRE DE COMMERCE INT ET AL V BHARAT B. GERA ET AL

| rs | NR. | PROCEEDINGS page 2 | MBH |
|---|---|---|---|
| 26-89 | 1 | Fld Complaint; Issued Summons & Notice purs to 28 USC 636(c). Jury Trial Demanded. MHD | |
| 26-89 | -- | Mailed Copy to commissioner of Patents. | MHD |
| /89 | 2 | Fld. ORDER TO SHOW CAUSE for preliminary injunction, order of seizure and accelerated discovery with TRO.....Ordered that deft show cause on 1/2/90 why an order should not be entered pending the final disposition of this action, granting a preliminary injun injunction. Mukasey,J.   Affdvt of Muskin attached. | GP |
| 10 | 3 | Fld. STIPULATION.; the hearing on pltfs motion for a preliminary injunction is adjourned to 1/29/90., the TRO granted on 12/26/89 is continued in effect pending the hearing of pltffs motion. Deposition of defts bharat gera and gera distributors are adjourned to 1/10/90. Mukasey,J. | GP |
| 10 | 4 | Fld. PRELIMINARY INJUNCTION BY CONSENT..... ordered that defts MK Fragrances and cosmetics and Khurana Cosmetics and Cross Rubenstein etc are hereby preliminary enjoi enjoined from further commerce in counterfeit TAXI 2 etc or imitations of COFCI's said trademark...ordered that the $ 5,000.00 bond posted by pltffs to secure the order of seizure and TRO shall be continued in force to secure thsi preliminary injunction. ...etc. Mukasey,J. | GP |
| 90 | 5 | Fld. Stip & Order; that time for defts to answer tc the Complaint be extended until 2-16-90. MUKASEY J.   JL | |
| '90 | 6 | Fld. Marshals Receipt and Return of service of order of seizure served; Gera Distributors USA (remarks: no items seized) on 12/28/89 . Bharat B Gera (no items seized) on 12/28/89 G.D. France Fragrances, Inc (remarks: no items seized) on 12/28/89 Khurana Cosmetics Inc(no items seized) 12/28/89 | GP |
| -90 | 7 | Fld. STIP & ORDER THAT THE TIME FOR DEFTS to respond to complt is extended to 3-16-90.  MUKASEY,J. | ct |
| /90 | 8 | Fld. PRELIMINARY INJUNCTION BY CONSENT..... ordered that deft B.B. Gera, Gera Distributors USA.,G.D. France Fragences etc are preliminary enjoined and restraind from further commerce in counterfeit TAXI 2 and infringing Duty Free,etc. Ordered that the $5,000.00 bond posted by pltffs to secure the order of seizure and TRO shall be continued in force to secure thsi preliminary injunction......etc Mukasey,J. | GP |
| /90 | 9 | Fld. STIP, the time for defts Bharat Gea., Gera Distributors G.D. France Fragrances M-K Fragrances and Cosmetics,Khurana Cosmetics and Cross Rubenstein to answer is ext to 4/16/90..Mukasey,J. | GP |
| 30 | 10 | Fld. AMENDED COMPLT.   Jury Trial Demanded   c/courtran | GP |
| 0 | 11 | Fld. ORDER TO SHOW CAUSE for preliminary injunction and Accelerated discovery with TRO... Ordered that deft show cause before J. Mukasey, why an order should not be entered pending the final deposition of this action granting a preliminary injunction, restraining and enjoining the the additional defts from further commerce in counterfeit TAXI 2 merchandise or otherwise infringing registered trademark # 1,452,804 for Taxi 2...etc. RET: 4/19/90. Affirmation of V. Muskin attached. | GP |
| '90 | 12 | Fld. ORDER, ordered taht the time within which pltffs shall effect service of the OSC is extended from 4/11/90 to 4/17/90., deposition of Regal Imports is adjourned to 4/20/90.,etc...Pltffs motion for a preliminary injunction is rescheduled for 4/26/90., pltff shall serve a copy of this order along witht he OSC.... Judge Leisure for Jude Mukasey.,  cmc | GP |
| -90 | 13 | Fld. Defts ANSWER.   MR   dc | |
| 1-90 | 14 | Fld. MEMO ENDORSED on letter dated 4-25-90; the TRO is extended to 5-1-90...MUKASEY J. | a |

DC 111A
(Rev. 1/75)

| | | CIVIL DOCKET CONTINUATION SHEET | | |
|---|---|---|---|---|
| PLAINTIFF | | DEFENDANT | | |
| COMPAGNIE FRANCAISE DE COMMERCE | | GERA, BHARAT et al | DOCKET NO. | 89 civ8555 |
| | | | PAGE ___ OF ___ PAGES | |
| DATE | NR. | PROCEEDINGS | | MBM |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5/3/90 | 15 | Fld. PRELIMINARY INJUNCTION BY CONSENT...ordered that deft Regal Imports and Chris Cosmetics & Franges shall appear at the office of pltffs counsel for oral examination on 5/8/90. Ordered that defts Regal Imports and Kris and all those in active concert are hereby preliminary enjoined and restrained from further commerce in counterfeit Taxi 2. Ordered that the $5,000.00 bond be posted by pltffs to secure order of seizure and TRO shall be continued in force to secure this preliminary injunction.etc.Mukasey,J. GP  CM |
| 5/9/90 | 16 | Fld. Pltffs Notice of Deposition of 3rd party Almaya Cosmetics on 5/30/90. GP |
| 5/9/90 | 17 | Fld. Pltffs Notice of Deposition of 3rd party Quester U.S. Enterprise on 5/30/90. GP |
| 5/17/90 | 18 | Fld. Summons & Proof of service of OSC and TRO order dtd 4/12/90 and summons and amended complt served on: Regal Imports by Takor Mahesh on 4/17/90.GP |
| 5/17/90 | 19 | Fld. Summons & Proof of service of OSC and TRO., order granted 4/9/90 and additional order granted 4/12/90 and summons and amended complt. served on: Kris Cosmetics & Fragrances by Bipin Nagarwala on 4/17/90. GP |
| 5/31/90 | 20 | Fld. Deft Regal's ANSWER.  B&U  GP |
| 5/31/90 | 21 | Fld. Deft Kris ANSWER.  B&U  GP |
| 6/15/90 | 22 | Fld SCHEDULING ORDER...Parties will adhere to... conference...on 10/4/90 at 5:00PM ...SO ORDERED...MUKASEY,J.  cmc  PM |
| 10/10/90 | 23 | Fld SCHEDULING ORDER...A conference will be held on 12/14/90 at 9:15AM...SO ORDERED...MUKASEY,J.  cmc  PM |
| 10-24-90 | 24 | Fld. PLTFFS NOTICE OF MOTION for Letters Rogatory.Ret:10-29-90.  MK |
| 11/1/90 | 25 | Fld ORDER...Clerk of the Court shall issue letters rogatory in the form hereto annexed for the taking of the deposition of Rioda France...The appropriate judicial authority in France is requested to summon Rioda France...to appear before it in accordance with its customary procedure to take and report the deposition of Rioda France...in accordance with said letters rogatory and the Request for International Judicial Assistance therein...MUKASEY,J.  cmc  PM |
| /03/91 | 26 | Fld STIPULATION...that Solin & Breindel, P.C. be...substituted as counsel of record for Compagnie Francaise De Commerce International. S.A. and National Trading Manufacturing Inc. in this action....SO ORDERED...MUKASEY,J.  cmc  PM |
| 5/14/91 | 27 | Fld STIPULATION...that action is dismissed as to the following defts: M-K FRAGRANCES & COSMETICS; KHURANA COSMETICS, INC.; CROSS RUBENSTEIN; REGAL IMPORTS, U.S.A., INC.; KRIS COSMETICS & FRAGRANCES, INC....SO ORDERED... MUKASEY,J.  PM |
| 5/20/91 | 28 | Fld pltff's notice of dep. of Paul Cohen on 7/9/91.  JH |
| 5/20/91 | 29 | Fld pltff's notice of dep. of Paris designs Inc on 7/9/91.  JH |
| 7/24/91 | 30 | Fld sched order: a conf will be held on 10/8/91 ...MUKASEY,J  cmc  JH |
| 7/31/91 | 31 | Fld letters rogatory.  JH |

CIVIL DOCKET CONTINUATION SHEET

| ITIFF | | DEFENDANT | | |
|---|---|---|---|---|
| | | | DOCKET NO. | |
| | | | PAGE ___ OF ___ PAGES | |

| K | NR. | PROCEEDINGS | | |
|---|---|---|---|---|
| '91 | 32 | Fld pltff's amended notice of depo of Paris Designs on 10/3/91. | | JH |
| '91 | 33 | Fld pltff's amended notice of depo of Bank Hapoalim on 10/1/91 | | JH |
| '91 | 34 | Fld pltff's amended notice of depo of Simon Moryoussef on 10/3/91. | | JH |
| '91 | 35 | Fld pltff's amended notice of depo of Paul Cohen on 10/3/91 | | JH |
| '91 | 36 | Fld pltff's supplemental notice of depo of Bank Hapoalim on 10/30/91. | | Jh |
| | 37 | Fld order: the action is discontinued w/prejudice & w/o costs...MUKASEY,J | cmc | JH |
| /2 | 31 | Fld. Permanent Injunction By Consent...that Defendants Bharat B. Gera, Gera Distributors USA and G.D. France Fragrances, Inc., their agents etc are permanently enjoined and restrained from further commerce in a certain men's eau de toilette called DUTY-FREE and from otherwise infringing Registered Trademark No. 1,452,804 etc.; and that the $5,000. bond heretofore posted by pltffs to secure the previously granted order of seizure etc. is discharged. Ordered, that this action is reopened to the extent necessary to permit the entry of this permanent injunction. MUKASEY,J. | | SC |
| /2 | 32 | Fld. Stip. & Order of Settlement...that Defendants shall pay Pltffs c/o their undersigned attorneys, the amount of $7,500. Of this amount, the sum of $3,750. is to be paid upon the execution of this stipulation and the remaining balance of $3,750. is to be paid no later than 5/15/92. Defendants agree that if the said remaining balance of $3,750. is not paid by 5/15/92, Pltffs may, upon proof by affidavit of nonpayment, enter judgment against them, jointly and severally, for $7,500 etc. MUKASEY,J.    SC | | |