# Exhibit C



365 DAYS
BLUE
FOR MEN

EAU DE PARFUM
SPRAY

FL OZ • 100

<␊</␊>

365 DAYS
FOR WOMEN
EAU DE PARFUM
SPRAY
3.4 FL OZ • 100 ML