# Exhibit B

CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:91-cv-04812-MBM

| | |
|---|---|
| Paul Sebastian Inc, et al v. Cross Rubinstein Inc, et al | Date Filed: 07/16/1991 |
| Assigned to: Judge Michael B. Mukasey | Date Terminated: 07/21/1992 |
| Demand: $0 | Jury Demand: None |
| Cause: 15:1051 Trademark Infringement | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Paul Sebastian Inc**

V.

**Defendant**

**Cross Rubinstein Inc**
*TERMINATED: 06/15/1992*

represented by **Jay A. Bondell**
Schweitzer Cornman & Gross
230 Park Avenue
New York, NY 10169
(212) 986-3377
*TERMINATED: 06/15/1992*
*LEAD ATTORNEY*

**Defendant**

**Jusi Roowala**
*TERMINATED: 06/15/1992*

represented by **Jay A. Bondell**
(See above for address)
*TERMINATED: 06/15/1992*
*LEAD ATTORNEY*

**Defendant**

**Perfume R Us Inc**

represented by **Jay A. Bondell**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Harbans Lal Gera**

**Defendant**

**Guy American Fragrances & Cosmetics Inc**
*TERMINATED: 04/13/1992*

represented by **Sandra Ruth Schiff**
Sandra Schiff
110 Wall Street
New York, NY 10005
212 480-1108
*TERMINATED: 04/13/1992*
*LEAD ATTORNEY*

**Defendant**

**Christenchand Christenchand Tejiram**
*TERMINATED: 04/13/1992*

represented by **Sandra Ruth Schiff**
*(See above for address)*
*TERMINATED: 04/13/1992*
*LEAD ATTORNEY*

**Defendant**

**Kaygee Cosmetics Inc**
*TERMINATED: 06/15/1992*

represented by **Jay A. Bondell**
*(See above for address)*
*TERMINATED: 06/15/1992*
*LEAD ATTORNEY*

**Defendant**

**Kris Gera**
*TERMINATED: 06/15/1992*

represented by **Jay A. Bondell**
*(See above for address)*
*TERMINATED: 06/15/1992*
*LEAD ATTORNEY*

**Defendant**

**Risona, Inc**
*TERMINATED: 07/02/1992*

represented by **Mansukhlal A. Koya**
Mansukhlal A. Koya P.C.
102-58 62nd Drive
Forest Hills, NY 11385
718 830-0595
*TERMINATED: 07/02/1992*
*LEAD ATTORNEY*

**Defendant**

**Roger Dandona**
*TERMINATED: 07/02/1992*

represented by **Mansukhlal A. Koya**
*(See above for address)*
*TERMINATED: 07/02/1992*
*LEAD ATTORNEY*

**Defendant**

**Parisian Perfumes & Cometics Ltd (Inc)**
*TERMINATED: 06/04/1992*

**Defendant**

**Arnold Wiener**
*TERMINATED: 06/04/1992*

**Defendant**

**Nandansons International Inc**
*TERMINATED: 07/21/1992*

**Defendant**

**Kris Cosmetics &**
*Kris Cosmetics & Fragrances Inc*

*TERMINATED: 07/17/1992*

**Defendant**

**M&D Fragrances & Cosmetics Inc**
*TERMINATED: 06/15/1992*

represented by **Jay A. Bondell**
(See above for address)
*TERMINATED: 06/15/1992*
*LEAD ATTORNEY*

**Defendant**

**John I-X Does**

**Defendant**

**ABC Companies I-X**

**Defendant**

**Perfume U.S.A.**
*TERMINATED: 06/15/1992*

**ThirdParty Plaintiff**

**Perfume U.S.A.**
*TERMINATED: 06/15/1992*

V.

**ThirdParty Defendant**

**Frank Enterprise Ltd.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/1991 | 2 | Fld one envelope ordered sealed & Impounded per order of Judge Knapp dtd 7/16/91, contents complt, summonses, exparte motion (jh) (Entered: 08/12/1991) |
| 07/16/1991 | 3 | Fld one envelope ordered sealed & impounded per order ofr Judge Knapp dtd 7/16/91, contents, order to show cause for prelim injunction. (jh) (Entered: 08/12/1991) |
| 07/16/1991 | 8 | Fld one envelope ordered sealed & impounded per order of Judge Knapp dtd 7/16/91, contents order to show cause, pltff's memo of law (jh) (Entered: 08/12/1991) |
| 07/16/1991 | 1 | COMPLAINT filed; Summons issued and Notice pursuant to 28 U.S.C. 636(c); FILING FEE $ 120.00 RECEIPT # 40854 (jh) (Entered: 07/19/1991) |
| 07/17/1991 | 5 | Fld one envelope ordered sealed & impounded per order of Judge Knapp dtd 7/16/91, contents, seizure bond & tro bond. (jh) (Entered: 08/12/1991) |
| 07/25/1991 | 11 | Fld one envelope ordered sealed & impounded per order of Judge Knapp |

| | | |
|---|---|---|
| | | dtd 7/18/91, contents summons & return of serv. (jh) (Entered: 08/29/1991) |
| 07/30/1991 | 4 | Fld one envelope ordered sealed & impounded per order of Judge Knapp dtd 7/16/91, contents, order to show cause for prelim injunction or temp restraining order (jh) (Entered: 08/12/1991) |
| 07/30/1991 | 6 | Fld one envelope ordered sealed & impounded per order of Judge Mukasey dtd 7/26/91, contents, stip for entry of prel injuction. (jh) (Entered: 08/12/1991) |
| 08/02/1991 | 7 | Fld one envelope ordered sealed & impounded per order of Judge Mukasey dtd 7/31/91, contents, stip for entry of prelim injunction. (jh) (Entered: 08/12/1991) |
| 08/09/1991 | 12 | Fld one envelope ordered sealed & impounded per of of Judge Mukasey dtd 8/6/91 contents nothing indicated. (jh) (Entered: 08/29/1991) |
| 08/15/1991 | 9 | Fld letter to Judge requesting that the 7/16/91 order termorarilyu sealing the file be vacated. (jh) (Entered: 08/15/1991) |
| 08/15/1991 | 10 | ORDER the Clerk of the Court is directed to unseal the file and the docket sheeet in the case. ( signed by Judge Michael B. Mukasey ); Copies mailed (jh) (Entered: 08/15/1991) |
| 08/15/1991 | 13 | STIPULATION and ORDER, for entry of preliminary injunction as to defts Risona Inc and Roger Dandona, during the pendency of this suit defts their agents etc are enjoined from directly or indirectly infringing Paul Sebastian's registered or common law trademarks in any manner including but not limited to manufacturing etc any products which infring e such trademarks or trade dress etc ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 14 | STIPULATION and ORDER, as to defts Guy American Frangrances & Cosemteics and Christenchand Tejiram for preliminary injunction during pendency of this suite the defts their agents etc are enjoined and restrained from directly or indirectly infringing Paul Sebastian's registered or common law trademarks in any manner including but not limited to manufacturing etc any products which infringe such trademarks or trade dress etc ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 15 | STIPULATION and ORDER, as to defts Parisian Perfumrs & Cosmetics and Arnold Wiener for entry of preliminary injunction iduring athe pendency of this suite the defts, their agents etc are unjoin and restrained from directly or indirectly infringing Paul Sebastian's registered or common law trademanrks in any amnner indlucing but not limited to manufacturing etc any products which infringe such trademarks or trade dress etc. (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 16 | STIPULATION and ORDER, as to defts Kris Cosmetics & Fragrances for entry of preliminary injunction, during pendency of this suite the deft their agents etc are enjoined and restrained from directly and indirectly |

| | | |
|---|---|---|
| | | infringing Paul Sebastian's registed or common law trademarks in any manner including but not limited to manufacturing etc any products which infringe such trademanrks or trade dress etc. ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 17 | STIPULATION and ORDER,as to deft Nandansons International for entry of preliminary injunction during the pendency of this suit the deft their agents etc are enjoined and restrained from directly or indirectly infringing Paul Sebastian's registered or common law trademarks in any manner including but not limited to manufacaturing etc any products which infringe such trademarks or trade dress. ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 18 | BOND $ 50,000.00 entered by Paul Sebastian Inc (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 19 | UNSIGNED ORDER to show cause for preliminary injunction (); Copies mailed (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 20 | ORDER TO SHOW CAUSE: for preliminary injunction Show Cause pending the hearing and determination of the motion for a preliminary injunction defts their agents etc are enjoined and restrained, from directly or indirectly infinging Paul Sebastia's registered or common law trademanrs in any manner,it is further ordered that the U.S. Marshal seize counterfeit goods, and search for any means in the defts possession or control for making the counterfeit marks etc for infringing items and deliver to the care and custody of this court. It is further ordered that this temporary Restraining and Seizure order is conditioned upon pltff posting with the Clerk of this Court a bond, cash or certififed check in the amt of $50,000 for paymnent of such costs and damages as may be incurred or suffered by any party who was found to be wrongfully restrained or whose goods were wrongfully seized. Hearing set for 2:00 7/24/91 ( signed by Judge Whitman Knapp ); Copies mailed (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 21 | MEMORANDUM by Paul Sebastian Inc in support of [20-1] motion (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 22 | NOTICE OF MOTION by Paul Sebastian Inc for secrecy order , (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 30 | RETURN OF SERVICE of s/c and order to show cause and order of seizure and memo of law executed as to Cross Rubinstein Inc by personal service on 7/17/91 Answer due on 8/6/91 for Cross Rubinstein Inc (jh) (Entered: 09/03/1991) |
| 08/15/1991 | 31 | RETURN OF SERVICE of s/c, order to show cause , order of seizure and memo of law executed as to Jusi Roowala by personal service on 7/17/91 Answer due on 8/6/91 for Jusi Roowala (jh) (Entered: 09/03/1991) |
| 08/16/1991 | 23 | STIPULATION and ORDER, as to defts Cross Rubinstein Inc and Jusi Roowala for entry of preliminary injunction during the pendency of this suite the defts their agents etc are enjoined and restrained from directly or |

| | | |
|---|---|---|
| | | indirecly infringing Paul Sebastian's registed or common law trademarks in any manner ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/16/1991 | 24 | STIPULATION and ORDER, as to def M&D Fragrances & Cosmetics forentry of preliminary injunction during pendency of this suit deft is enjoined and restrained from directly or indirectly infringing Paul Sebastian's registered or common law trademakrs in any manner ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/16/1991 | 25 | STIPULATION and ORDER, as to defts Perfume USA (formerly Perfumr R US ) and Harbans Lal Gera for entry of preliminary injunction during pendency of this suit defts are enjoined and restrained from directly or indirectly infringing Paul Sebastina's registed or common law trademarks in any manner ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/16/1991 | 26 | STIPULATION and ORDER, as to defts Kaygee Cosmetics and Kris Gera for entry of preliminary injunction during pendency of this suit defts are enjoined and restrained from directly or indirectly infringing Paul Sebastian's registered or common law trademarks any any manner ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/19/1991 | 27 | STIPULATION and ORDER, set answer due for 8/29/91 for Kris Gera, for Kaygee Cosmetics Inc, for Harbans Lal Gera, for Perfume R Us Inc, for Jusi Roowala, for Cross Rubinstein Inc ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/30/1991 | 28 | STIPULATION and ORDER, set answer due for 8/26/91 for Christenchand, for Guy American ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/30/1991 | 29 | STIPULATION and ORDER, reset answer due for 9/6/91 for Kris Gera, for Kaygee Cosmetics Inc, for Harbans Lal Gera, for Perfume R Us Inc, for Jusi Roowala, for Cross Rubinstein Inc ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/03/1991) |
| 08/30/1991 | 32 | ANSWER to Complaint by Guy American, Christenchand (Attorney Sandra Ruth Schiff), ; Firm of: Sandra Schiff by attorney Sandra Ruth Schiff for defendant Christenchand (jh) (Entered: 09/03/1991) |
| 09/05/1991 | 33 | ANSWER to Complaint by Risona, Inc, Roger Dandona (Attorney Mansukhlal A. Koya), ; Firm of: Mansukhlal A. Koya, P.C. by attorney Mansukhlal A. Koya for defendant Roger Dandona (jh) (Entered: 09/09/1991) |
| 09/05/1991 | 34 | Rule 9 certificate filed by Risona, Inc, Roger Dandona (jh) (Entered: 09/09/1991) |
| 09/05/1991 | 40 | ANSWER by Risona, Inc to cross-claim of Guy Americxa Frangrances and Cosmetics ; Firm of: Mansukhlal Koya by attorney (jh) (Entered: 09/23/1991) |
| 09/12/1991 | 35 | STIPULATION and ORDER, reset answer due for 9/6/91 for Roger |

| | | Dandona, for Risona, Inc ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/18/1991) |
|---|---|---|
| 09/12/1991 | 36 | STIPULATION and ORDER, reset answer due for 9/17/91 for Kris Gera, for Kaygee Cosmetics Inc, for Harbans Lal Gera, for Perfume R Us Inc, for Jusi Roowala, for Cross Rubinstein Inc ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/18/1991) |
| 09/16/1991 | 37 | ANSWER by Kaygee Cosmetics Inc to ; Firm of: Schweitzer Cornman & Gross by attorney (jh) (Entered: 09/18/1991) |
| 09/16/1991 | 38 | SCHEDULING ORDER setting Discovery cutoff 1/24/92 ; Pretrial order to be submitted on or before 2/14/92 ; Trial ready deadline 2/17/92 ; ( signed by Judge Michael B. Mukasey ) ; Copies mailed (jh) (Entered: 09/23/1991) |
| 09/16/1991 | 39 | RETURN OF SERVICE executed of s/c, ordser to show cause for prelim injuction, temporary restraining order and order of seizure and memo of law as to Perfume R Us Inc by personal service on 7/17/91 Answer due on 8/6/91 for R Us Inc (jh) (Entered: 09/23/1991) |
| 09/20/1991 | 41 | STIPULATION and ORDER, reset answer due for 10/11/91 for Kris Gera, for Kaygee Cosmetics Inc, for Perfume R Us Inc, for Jusi Roowala, for Cross Rubinstein Inc ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 09/24/1991) |
| 10/15/1991 | 42 | THIRD-PARTY COMPLAINT by Perfume U.S.A. against Frank Enterprise ; Third-party summons issued. (jh) (Entered: 10/21/1991) |
| 10/15/1991 | 43 | ANSWER to Complaint by Cross Rubinstein Inc, Jusi Roowala, Perfume R Us Inc, Harbans Lal Gera, Kaygee Cosmetics Inc, Kris Gera, M&D Fragrances & (Attorney Jay A. Bondell), ; by attorney Jay A. Bondell for defendant Cross Rubinstein Inc (pa) (Entered: 10/21/1991) |
| 10/15/1991 | 44 | Rule 9 certificate filed by Cross Rubinstein Inc, Jusi Roowala, Perfume R Us Inc, Harbans Lal Gera, Kaygee Cosmetics Inc, Kris Gera, M&D Fragrances & (pa) (Entered: 10/21/1991) |
| 12/05/1991 | 45 | STIPULATION and ORDER, reset answer due for 12/30/91 for Frank Enterprise ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 12/09/1991) |
| 01/15/1992 | 46 | STIPULATION and ORDER, answer due for 1/28/92 for Frank Enterprises, Ltd. ( signed by Judge Michael B. Mukasey ). (sc) (Entered: 01/16/1992) |
| 01/30/1992 | 47 | REVISED SCHEDULING ORDER setting Discovery cutoff 2/14/92 ; Pretrial order to be submitted on or before 3/6/92 ; Trial ready deadline 3/13/92 ; ( signed by Judge Michael B. Mukasey ) ; Copies mailed (jh) (Entered: 01/31/1992) |
| 02/07/1992 | 48 | REVISED SCHEDULING ORDER setting Discovery cutoff 2/21/92 ; Pretrial order to be submitted on or before 3/13/92 ; Trial ready deadline 3/21/92 ; ( signed by Judge Michael B. Mukasey ) ; Copies mailed (jh) |

| | | |
|---|---|---|
| | | (Entered: 02/10/1992) |
| 02/21/1992 | 49 | SCHEDULING ORDER setting Discovery cutoff 3/27/92 ; Pretrial order to be submitted on or before 4/17/92 ; Trial ready deadline 4/24/92 ; ( signed by Judge Michael B. Mukasey ) ; Copies mailed (jh) (Entered: 02/26/1992) |
| 03/24/1992 | 50 | REVISED SCHEDULING ORDER setting Discovery cutoff 5/27/92 ; Pretrial order to be submitted on or before 6/17/92 ; Trial ready deadline 6/24/92 ; ( signed by Judge Michael B. Mukasey ) ; Copies mailed (jh) (Entered: 03/26/1992) |
| 04/13/1992 | 51 | CONSENT JUDGMENT # for Paul Sebastian Inc against Guy American, Christenchand Tejiram. Defts, their agents etc are permanently and forever enjoined from directly or indirectly infringing Paul Sebastian's registered or common law trademarks in any manner etc. ( signed by Judge Michael B. Mukasey) (jh) (Entered: 04/15/1992) |
| 06/01/1992 | 52 | REVISED SCHEDULING ORDER setting Discovery cutoff 6/29/92 ; Pretrial order to be submitted on or before 7/20/92 ; Trial ready deadline 7/27/92 ; ( signed by Judge Michael B. Mukasey ) ; Copies mailed (jh) (Entered: 06/02/1992) |
| 06/04/1992 | 53 | CONSENT JUDGMENT # for Paul Sebastian Inc against Parisian Perfumes &, Arnold Wiener, deft, its agents, servants etc are permanently and forwver enjoined and restrained from directly r indirctly infringing Paul Sebastian's registered or common law trademarks in any manner including but not limited to manufacturing, distributing etc any products which infringe such trademarks or trade dress and specifically using the mark PS or any reproductin conerfeit, coy or colorable imitation of such mark in connection with the manufacture , distribution etc any cologne, perfume, cosmetic or pesonal care product n ot from Paul Sebastian etc. ( signed by Judge Michael B. Mukasey ) (jh) (Entered: 06/05/1992) |
| 06/15/1992 | 54 | CONSENT JUDGMENT # for Paul Sebastian Inc against Perfume U.S.A., This Court has jurisdiction over the subject matter of all claims asserted in this action and over all the parties, deft, their ageints, servants, etc are permanently enjoined and restrained from, directly or indirectly infringing Paul Sebastian's registered or common law trademarks in any manners etc ( signed by Judge Michael B. Mukasey ) (jh) (Entered: 06/16/1992) |
| 06/15/1992 | 55 | CONSENT JUDGMENT # for Paul Sebastian Inc against M&D Fragrances & Cosmetics, Inc. This Court has jurisdiciton over the sujbect matter of all claims asserted in this action and over all the parties. Deft its agents etc are permanently and forever enjoined and restrained from Directly or indirectly infringing Paul Sebastian's registered or common law trademarks in any manner etc. ( signed by Judge Michael B. Mukasey ) (jh) (Entered: 06/16/1992) |
| 06/15/1992 | 56 | CONSENT JUDGMENT # for Paul Sebastian Inc against Cross Rubinstein Inc, Jusi Roowala, This Court has jurisdiction over the subject matter of all claims asserted in this action etc defts, their agents etc are |

| | | |
|---|---|---|
| | | permanently and forever enjoined and restrained from directly or indirectly infringing Paul Sebastian's registered or common law trademarks in any manner etc ( signed by Judge Michael B. Mukasey ) (jh) (Entered: 06/16/1992) |
| 06/15/1992 | 57 | CONSENT JUDGMENT # for Paul Sebastian Inc against Kaygee Cosmetics Inc, Kris Gera, This Court has jurisdiction over the subject matter of all claims asserted in this action and over all the parties, defts, its agents etc are permanently and forever enjoined and restrained from directly or indirecly infringing Paul Sebastian's registrered or common law trademarks in any manner etc ( signed by Judge Michael B. Mukasey ) (jh) (Entered: 06/16/1992) |
| 06/25/1992 | 58 | STIPULATION and ORDER, Guy America's crossclaim against Risona is discontinued with prejuidice and without costs in favor of any party. ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 06/29/1992) |
| 07/02/1992 | 59 | JUDGMENT # for Paul Sebastian Inc against Risona, Inc, Roger Dandona defts are enjoined and restrained from ditectly or indirecly infringing Paul Sebastain's registered or common law trademarks in any mannerm, including but not limited to manufacaturing, disributing, advertising, selling or offering for sale any products which infringe such trademarks or trade dress etc. ( signed by Judge Michael B. Mukasey ); Mailed copies and notice of right to appeal. (jh) (Entered: 07/06/1992) |
| 07/17/1992 | 60 | JUDGMENT # for Paul Sebastian Inc against Kris Cosmetics & Fragrances, Inc ie enetered enjoining and restraining the defts, its agents, servants, employees, etc from directly or indirectly infringing Paul Sebastian's registered or common law trademarks in any manner etc ( signed by Judge Michael B. Mukasey ); Mailed copies and notice of right to appeal. (jh) (Entered: 07/21/1992) |
| 07/21/1992 | 61 | JUDGMENT # for Paul Sebastian Inc against Nandansons International Inc, deft, its agents, servants etc , directly or indirectly infringing Paul Sebastian's registrered or common law tradesmarks in any manner, including byt not limited to, amnufacturing, distributing adverstising etc any products which infringe such trademarks or trade dress specifically etc ( signed by Judge Michael B. Mukasey ); Mailed copies and notice of right to appeal. (jh) (Entered: 07/21/1992) |
| 07/21/1992 | | Case closed (jh) (Entered: 07/29/1992) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/08/2007 10:31:05 | | | |
| PACER Login: | gt1752 | Client Code: | 061999.010200 |
| Description: | Docket Report | Search Criteria: | 1:91-cv-04812-MBM |

| Billable Pages: | 5 | Cost: | 0.40 |