# Exhibit C

CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:93-cv-02344-ASG

| | |
|---|---|
| Cathy Carden, Inc., et al v. Paris Designs, Inc., et al | Date Filed: 11/30/1993 |
| Assigned to: Judge Alan S. Gold | Jury Demand: Both |
| Demand: $1,000,000 | Nature of Suit: 840 Trademark |
| Cause: 15:1121 Trademark Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Cathy Carden, Inc.**
*a Florida corporation*

represented by **Robert MacFarlane Mayer**
Robert M. Mayer & Associates
1320 S Dixie Highway
Suite 811
Miami, FL 33146
305-668-4433
Fax: 305-668-7144
Email: Miamicounsel@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William R. Golden**
Kelley Drye & Warren
101 Park Avenue
30th Floor
New York, NY 10178
212-808-7800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ammar**

represented by **Robert MacFarlane Mayer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William R. Golden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Paris Designs, Inc.**
*a Florida corporation*

represented by **Martin Alan Feigenbaum**
Martin A. Feigenbaum
P.O. Box 545960
Surfside, FL 33154
305-372-0946

|  | Fax: 372-0947<br>Email: Miamivicelaw@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|
|  | **Miguel Angel Martin**<br>M.A. Martin & Associates<br>848 Brickell Avenue<br>Suite 830<br>Miami, FL 33131<br>305-374-4422<br>Fax: 530-9956<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Paul Cohen**
*a Florida resident individually and in his capacity as an agent and officer in active control of Paris Designs, Inc.*

represented by **Martin Alan Feigenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miguel Angel Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Simon Moryoussef**
*individually*

represented by **Martin Alan Feigenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miguel Angel Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fragrance Mart, Inc.**
*an unknown Florida business entity*

**Defendant**

**Societe Parisienne de Parfums et Cosmetiques S.A.R.L.**
*a French company*
*TERMINATED: 04/18/1994*

**Defendant**

**Jean Pierre Morselli**
*a citizen of France*

**Defendant**

**Ali Hojeij**
*a citizen of France*
*TERMINATED: 04/18/1994*

**Defendant**

**Jean Jacques Taffouraud**
*a citizen of France*
*TERMINATED: 04/18/1994*

**Defendant**

| | |
|---|---|
| **M & D Distributors, Inc.**<br>*a New York Corporation*<br>*TERMINATED: 07/28/1994* | represented by **Robert Lamar Bell**<br>PO Box 84213<br>Baton Rouge, LA 70884-4213<br>225-753-2434<br>Fax: 756-9280<br>*TERMINATED: 07/28/1994*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen A. Agus**<br>Agus & Partners<br>1140 Avenue of the Americas<br>New York, NY 10036<br>*TERMINATED: 07/28/1994*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **M & D Fragrances & Cosmetics, Inc.**<br>*a New York corporation*<br>*TERMINATED: 07/28/1994* | represented by **Robert Lamar Bell**<br>(See above for address)<br>*TERMINATED: 07/28/1994*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen A. Agus**<br>(See above for address)<br>*TERMINATED: 07/28/1994*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Dalip Malhotra**<br>*individually and in his capacity as an agent and officer in active control of M & D Fragrances and Cosmetics, Inc. and of M & D Distributors, Inc.*<br>*TERMINATED: 07/28/1994* | represented by **Robert Lamar Bell**<br>(See above for address)<br>*TERMINATED: 07/28/1994*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen A. Agus**<br>(See above for address)<br>*TERMINATED: 07/28/1994*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Perfumes (U.S.A.), Inc.**
*a New York corporation*

represented by **Timothy Joseph Armstrong**
Armstrong & Mejer
2600 Douglas Road
1111 Douglas Center
Coral Gables, FL 33134
305-444-3355
Fax: 442-4300
Email: amesq@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harban Lal Gera**
*individually and in his capacity as an agent and officer in active control of Perfumes (U.S.A.) Inc.*

represented by **Timothy Joseph Armstrong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laredo Perfumes, Inc.**
*a Texas corporation*

**Defendant**

**Anil Gupta**
*individually and in his capacity as an agent and officer in active control of Laredo Perfumes, Inc.*

**Defendant**

**Fragrance Worldwide, Inc.**
*a Texas corporation*

**Defendant**

**Amarjit Jolly**
*individually and in his capacity as an agent and officer in active control of Fragrance Worldwide, Inc.*

**Defendant**

**Sunwest Enterprises, Inc.**
*a New york corporation*

**Defendant**

**Perfume Connection, Inc.**
*a New York corporation*

**Defendant**

**Inder Manglani**
*individually and in his capacity as agent and officer in active control of Sunwest Enterprises, Inc. and the Perfume*

*Connection, Inc.*

**Defendant**

**Khan Perfumes**
*an unknown Florida business entity*
also known as
Khan

**Defendant**

**Iftigibiti Khan**                                    represented by  **Gary Robert Fine**
*individually and in his capacity as agent and*                        633 SE 3rd Avenue
*officer in active control of Khan Perfumes*                           Fort Lauderdale, FL 33301
*TERMINATED: 02/07/1994*                                               954-467-5440
                                                                       Fax: 524-5143
                                                                       *TERMINATED: 02/07/1994*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**J.L.A. Trading Inc.**
*a Florida corporation*
*TERMINATED: 12/16/1993*
also known as
J.L.A. Inc.

**Defendant**

**Ezra Alexander**
*individually and in his capacity as agent and*
*officer in active control of JLA*
*TERMINATED: 12/16/1993*

**Counter Claimant**

**Paris Designs, Inc.**                               represented by  **Martin Alan Feigenbaum**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Miguel Angel Martin**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Paul Cohen**                                        represented by  **Martin Alan Feigenbaum**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Miguel Angel Martin**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

Simon Moryoussef          represented by **Martin Alan Feigenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miguel Angel Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

Cathy Carden, Inc.          represented by **Robert MacFarlane Mayer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

Ammar          represented by **Robert MacFarlane Mayer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/1993 | 1 | COMPLAINT filed; FILING FEE $ 120.00 RECEIPT # 631510 A-7 BLG (Former Deputy Clerk) (Entered: 11/30/1993) |
| 11/30/1993 | | Magistrate identification: Magistrate Judge Barry L. Garber (Former Deputy Clerk) (Entered: 11/30/1993) |
| 11/30/1993 | 2 | MOTION by Cathy Carden, Inc., Ammar for leave to file memorandum in excess of twenty pages (Former Deputy Clerk) (Entered: 11/30/1993) |
| 11/30/1993 | 3 | MOTION with memorandum in support by Cathy Carden, Inc., Ammar for temporary restraining order , and expedited discovery (Former Deputy Clerk) (Entered: 11/30/1993) |
| 11/30/1993 | 4 | MOTION with memorandum in support by Cathy Carden, Inc., Ammar to seal matter (Former Deputy Clerk) (Entered: 11/30/1993) |
| 12/01/1993 | 5 | NOTICE of filing corrected pages 1 through 5 of plaintiffs motion and memorandum for TRO by Cathy Carden, Inc., Ammar (Former Deputy Clerk) (Entered: 12/08/1993) |
| 12/01/1993 | 6 | SUMMONS(ES) issued for Paris Designs, Inc., Paul Cohen, Simon Moryoussef, Societe Parisienne, Jean Pierre Morselli, Ali Hojeij, Jean Jacques Taffouraud, M & D Distributors, M & D Fragrances, Dalip Malhotra, Perfumes (U.S.A.), Harban Lal Gera, Laredo Perfumes, Anil Gupta, Fragrance Worldwide, Amarjit Jolly, Sunwest Enterprises, Perfume Connection, Inder Manglani, Khan Perfumes, Iftigibiti Khan, J.L.A. Trading Inc., Ezra Alexander (Former Deputy Clerk) (Entered: 12/08/1993) |

| 12/07/1993 | 7 | NOTICE of filing service returns on Paris Designs, Cohen, Moryouseff, J.L.A., Alexander Kahn and I. Khan by Cathy Carden, Inc., Ammar (Former Deputy Clerk) (Entered: 12/08/1993) |
|---|---|---|
| 12/07/1993 | 8 | RETURN OF SERVICE executed for Simon Moryoussef 12/2/93 Answer due on 12/22/93 for Simon Moryoussef (Former Deputy Clerk) (Entered: 12/08/1993) |
| 12/07/1993 | 9 | RETURN OF SERVICE executed for Paris Designs, Inc. 12/2/93 by serving Marie-Alice Saint-Cyr. Answer due on 12/22/93 for Paris Designs, Inc. (Former Deputy Clerk) (Entered: 12/08/1993) |
| 12/07/1993 | 10 | RETURN OF SERVICE executed for Paul Cohen 12/2/93 by serving Marie-Alice Saint-Cyr. Answer due on 12/22/93 for Paul Cohen (Former Deputy Clerk) (Entered: 12/08/1993) |
| 12/07/1993 | 11 | RETURN OF SERVICE executed for Ezra Alexander 12/2/93 Answer due on 12/22/93 for Ezra Alexander (Former Deputy Clerk) (Entered: 12/08/1993) |
| 12/07/1993 | 12 | RETURN OF SERVICE executed for Khan Perfumes 12/2/93 by serving Chaman Lal. Answer due on 12/22/93 for Khan Perfumes (Former Deputy Clerk) (Entered: 12/08/1993) |
| 12/07/1993 | 13 | RETURN OF SERVICE executed for J.L.A. Trading Inc. 12/2/93 by serving Ezra Alexander. Answer due on 12/22/93 for J.L.A. Trading Inc. (Former Deputy Clerk) (Entered: 12/08/1993) |
| 12/07/1993 | 14 | RETURN OF SERVICE executed for Iftigibiti Khan 12/2/93 by serving Chaman Lal. Answer due on 12/22/93 for Iftigibiti Khan (Former Deputy Clerk) (Entered: 12/08/1993) |
| 12/07/1993 | 15 | ORDER granting [4-1] motion to seal matter ( signed by Judge Stanley Marcus on 12/2/93) CCAP (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/07/1993 | 16 | ORDER granting [3-1] motion for temporary restraining order, granting [3-2] motion expedited discovery, set show cause hearing for 9:00 12/10/93 before Judge Stanley Marcus ( signed by Judge Stanley Marcus on 12/2/93) CCAP (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 17 | NOTICE of returns on all Texas defendants by Cathy Carden, Inc., Ammar (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 18 | RETURN OF SERVICE executed for Laredo Perfumes 12/7/93 Answer due on 12/27/93 for Laredo Perfumes (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 19 | RETURN OF SERVICE executed for Anil Gupta 12/7/93 Answer due on 12/27/93 for Anil Gupta (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 20 | RETURN OF SERVICE executed for Fragrance Worldwide 12/7/93 Answer due on 12/27/93 for Fragrance Worldwide (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 21 | RETURN OF SERVICE executed for Amarjit Jolly 12/7/93 Answer due on 12/27/93 for Amarjit Jolly (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 22 | MOTION by Paris Designs, Inc., Paul Cohen, Simon Moryoussef to continue show cause hearing (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 23 | AFFIDAVIT by Paris Designs, Inc., Paul Cohen, Simon Moryoussef Re: [22-1] motion to continue show cause hearing (Former Deputy Clerk) (Entered: 12/10/1993) |

| | | |
|---|---|---|
| 12/09/1993 | 24 | APPLICATION by Paris Designs, Inc., Paul Cohen, Simon Moryoussef limited admission of Miguel A. Martin to appear (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 25 | NOTICE of filing returns on all New York defendants by Cathy Carden, Inc., Ammar (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 26 | RETURN OF SERVICE executed for M & D Distributors 12/2/93 Answer due on 12/22/93 for M & D Distributors (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 27 | RETURN OF SERVICE executed for M & D Fragrances 12/2/93 Answer due on 12/22/93 for M & D Fragrances (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 28 | RETURN OF SERVICE executed for Dalip Malhotra 12/2/93 Answer due on 12/22/93 for Dalip Malhotra (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 29 | RETURN OF SERVICE executed for Perfumes (U.S.A.) 12/2/93 Answer due on 12/22/93 for Perfumes (U.S.A.) (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 30 | RETURN OF SERVICE executed for Harban Lal Gera 12/2/93 Answer due on 12/22/93 for Harban Lal Gera (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 31 | RETURN OF SERVICE executed for Sunwest Enterprises 12/3/93 Answer due on 12/23/93 for Sunwest Enterprises (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 32 | RETURN OF SERVICE executed for Inder Manglani 12/3/93 Answer due on 12/23/93 for Inder Manglani (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 33 | RETURN OF SERVICE executed for Perfume Connection 12/7/93 Answer due on 12/27/93 for Perfume Connection (Former Deputy Clerk) (Entered: 12/10/1993) |
| 12/09/1993 | 34 | MEMORANDUM in RESPONSE by Cathy Carden, Inc., Ammar to [22-1] motion to continue show cause hearing (Former Deputy Clerk) (Entered: 12/13/1993) |
| 12/09/1993 | 35 | NOTICE of attorney appearance for Paris Designs, Inc., Paul Cohen, Simon Moryoussef by Martin Alan Feigenbaum (Former Deputy Clerk) (Entered: 12/13/1993) |
| 12/10/1993 | | Show cause hearing held (Former Deputy Clerk) (Entered: 12/13/1993) |
| 12/10/1993 | 36 | Minute entry for Status Conference held before Judge Stanley Marcus on 12/10/93, Court grants application of Plaintiffs to Unseal record (Former Deputy Clerk) (Entered: 12/13/1993) |
| 12/13/1993 | | Motion hearing re: emergency motion for production of documents (Former Deputy Clerk) (Entered: 12/14/1993) |
| 12/13/1993 | 37 | Minute entry for hearing on emergency motion for production of documents held before Magistrate Barry L. Garber on 12/13/93 (Former Deputy Clerk) (Entered: 12/14/1993) |
| 12/13/1993 | 38 | NOTICE by Cathy Carden, Inc., Ammar to take deposition of J.L.A. Trading, Inc. and Ezra Alexander on 12/15/93 (Former Deputy Clerk) (Entered: 12/14/1993) |
| 12/13/1993 | 39 | ORDER granting [24-1] motion limited admission of Miguel A. Martin to appear, extending TRO until 12/22/93 set show cause hearing for 9:00 12/16/93 before Judge Stanley Marcus , Unsealing file ( signed by Judge Stanley Marcus on 12/10/93) CCAP (Former Deputy Clerk) (Entered: 12/14/1993) |
| 12/14/1993 | 40 | ORDER defendants Paris Designs, Paul Cohen and Simon Moryouseff provide production as required by this Court's 12/2/93 order on or before 5PM on 12/14/93 ( signed by Magistrate Barry L. Garber on 12/13/93) CCAP (Former Deputy Clerk) |

| | | (Entered: 12/14/1993) |
|---|---|---|
| 12/14/1993 | 41 | ORDER denying as moot [22-1] motion to continue show cause hearing ( signed by Judge Stanley Marcus on 12/14/93) CCAP (Former Deputy Clerk) (Entered: 12/17/1993) |
| 12/14/1993 | 42 | ORDER granting [2-1] motion for leave to file memorandum in excess of twenty pages ( signed by Judge Stanley Marcus on 12/14/93) CCAP (Former Deputy Clerk) (Entered: 12/17/1993) |
| 12/16/1993 | 44 | MOTION by Cathy Carden, Inc., Ammar for admission of William R. Golden to appear pro hac vice (Former Deputy Clerk) (Entered: 12/21/1993) |
| 12/16/1993 | | Show cause hearing held (Former Deputy Clerk) (Entered: 12/21/1993) |
| 12/16/1993 | 45 | Minute entry on status conference proceeding held before Judge Stanley Marcus on 12/16/93, further setting status conference for 9:00 1/18/94 before Judge Stanley Marcus (Former Deputy Clerk) (Entered: 12/21/1993) |
| 12/16/1993 | 43 | JOINT MOTION by Cathy Carden, Inc., Ammar, J.L.A. Trading Inc., Ezra Alexander for permanent injunction , and to dismiss claims (Former Deputy Clerk) (Entered: 12/21/1993) |
| 12/16/1993 | 46 | ORDER granting [43-1] joint motion for permanent injunction, granting [43-2] joint motion to dismiss claims, and dismissing matter without prejudice as to Defendants Exra Alexander and JLA Imports, Inc. a/k/a JLA Trading Inc., or JLA Inc. ( signed by Judge Stanley Marcus on 12/16/93) CCAP/M 12/21/93 (Former Deputy Clerk) (Entered: 12/21/1993) |
| 12/20/1993 | 47 | SECOND ORDER, setting show cause hearing for 9:00 12/22/93 before Judge Stanley Marcus , and setting status conference for 9:00 1/18/94 before Judge Stanley Marcus ( signed by Judge Stanley Marcus on 12/17/93) CCAP (Former Deputy Clerk) (Entered: 12/22/1993) |
| 12/22/1993 | 48 | Answer and affirmative defenses by Paris Designs, Inc., Paul Cohen, Simon Moryoussef (Attorney Martin A. Feigenbaum and Miguel Angel Martin), (Former Deputy Clerk) (Entered: 12/23/1993) |
| 12/22/1993 | 51 | Minute entry on temporary restrainig order proceeding held before Judge Stanley Marcus on 12/22/93 (Former Deputy Clerk) (Entered: 12/28/1993) |
| 12/22/1993 | 49 | MOTION by Cathy Carden, Inc., Ammar to enter a preliminary injunction , and to continue on consent , and for temporary restraining order as to others (Former Deputy Clerk) (Entered: 12/28/1993) |
| 12/22/1993 | 50 | ORDER, preliminary injunction as to Defendant Ifti Khan, individually and Khan Perfumes, Kh Perfumes ( signed by Judge Stanley Marcus on 12/22/93) CCAP (Former Deputy Clerk) (Entered: 12/28/1993) |
| 12/23/1993 | 52 | NOTICE of conflict by Paris Designs, Inc., Paul Cohen, Simon Moryoussef (Former Deputy Clerk) (Entered: 12/28/1993) |
| 12/23/1993 | 53 | ORDER, preliminary injunction as to defendants Cohen, Moryouseff and Paris Designs ( signed by Judge Stanley Marcus on 12/22/93) CCAP (Former Deputy Clerk) (Entered: 12/28/1993) |
| 12/23/1993 | 54 | MOTION by Cathy Carden, Inc., Ammar for entry of default as to Perfumes (U.S.A.), Harban Lal Gera (Former Deputy Clerk) (Entered: 12/29/1993) |

| | | |
|---|---|---|
| 12/27/1993 | 56 | ANSWER and affirmative defenses to Complaint; jury demand and COUNTERCLAIM by Paris Designs, Inc., Paul Cohen, Simon Moryoussef (Attorney Martin A. Feigenbaum and Miguel Martin ) against Cathy Carden, Inc., Ammar (Former Deputy Clerk) (Entered: 12/30/1993) |
| 12/29/1993 | 55 | CLERK'S ENTRY OF DEFAULT as to Perfumes (U.S.A.), Harban Lal Gera granting [54-1] motion for entry of default as to Perfumes (U.S.A.), Harban Lal Gera (Former Deputy Clerk) (Entered: 12/29/1993) |
| 12/29/1993 | 60 | ORDER denying as moot request in the [52-1] notice of conflict that the hearing in this matter be scheduled as either first or last on the calendar of 12/16/93 ( signed by Judge Stanley Marcus on 12/29/93) CCAP (Former Deputy Clerk) (Entered: 01/05/1994) |
| 12/29/1993 | 61 | PRELIMINARY INJUNCTION ORDER granting [49-1] motion to enter a preliminary injunction ( signed by Judge Stanley Marcus on 12/29/93) CCAP (Former Deputy Clerk) (Entered: 01/05/1994) |
| 12/30/1993 | 57 | MOTION by Perfumes (U.S.A.), Harban Lal Gera to dismiss for lack of jurisdiction, insufficiency of process and service of process and improper venue (Former Deputy Clerk) (Entered: 01/04/1994) |
| 12/30/1993 | 58 | MEMORANDUM by Perfumes (U.S.A.), Harban Lal Gera in support of [57-1] motion to dismiss for lack of jurisdiction, insufficiency of process and service of process and improper venue (Former Deputy Clerk) (Entered: 01/04/1994) |
| 01/03/1994 | 59 | NOTICE of attorney appearance for Iftigibiti Khan by Gary Robert Fine (Former Deputy Clerk) (Entered: 01/05/1994) |
| 01/03/1994 | 62 | NOTICE of filing stipulation and proposed order by Cathy Carden, Inc., Ammar (Former Deputy Clerk) (Entered: 01/06/1994) |
| 01/03/1994 | 63 | ORDER granting [44-1] motion for admission of William R. Golden to appear pro hac vice ( signed by Judge Stanley Marcus on 1/3/94) CCAP (Former Deputy Clerk) (Entered: 01/06/1994) |
| 01/04/1994 | 64 | NOTICE of filing affidavit of Harban Lal Gera by Perfumes (U.S.A.), Harban Lal Gera (Former Deputy Clerk) (Entered: 01/06/1994) |
| 01/04/1994 | 65 | MOTION by Cathy Carden, Inc., Ammar for entry of default as to Laredo Perfumes, Anil Gupta (Former Deputy Clerk) (Entered: 01/06/1994) |
| 01/04/1994 | 66 | STIPULATION by Cathy Carden, Inc., Ammar, Sunwest Enterprises, Perfume Connection, Inder Manglani to extend time to file answer to complaint (Former Deputy Clerk) (Entered: 01/06/1994) |
| 01/04/1994 | 66 | ORDER granting [66-1] STIPULATION to extend time to file answer to complaint, and extended answer due for 1/31/94 for Inder Manglani, for Perfume Connection, for Sunwest Enterprises ( signed by Judge Stanley Marcus on 1/3/94) CCAP (Former Deputy Clerk) (Entered: 01/06/1994) |
| 01/05/1994 | 68 | MOTION by Perfumes (U.S.A.), Harban Lal Gera to set aside default , and to dismiss for lack of personal jurisdiction (Former Deputy Clerk) (Entered: 01/10/1994) |
| 01/05/1994 | 69 | MEMORANDUM by Perfumes (U.S.A.), Harban Lal Gera in opposition to [65-1] motion for entry of default as to Laredo Perfumes, Anil Gupta (Former Deputy Clerk) (Entered: 01/10/1994) |
| 01/05/1994 | 69 | MEMORANDUM by Perfumes (U.S.A.), Harban Lal Gera in support of [68-1] motion |

|  |  | to set aside default, [68-2] motion to dismiss for lack of personal jurisdiction (Former Deputy Clerk) (Entered: 01/10/1994) |
|---|---|---|
| 01/06/1994 | 67 | CLERK'S ENTRY OF DEFAULT as to Laredo Perfumes, Anil Gupta granting [65-1] motion for entry of default as to Laredo Perfumes, Anil Gupta (Former Deputy Clerk) (Entered: 01/06/1994) |
| 01/10/1994 | 70 | MOTION with memorandum in support by Perfumes (U.S.A.), Harban Lal Gera to vacate and dissolve [61-1] preliminary injunction order (Former Deputy Clerk) (Entered: 01/12/1994) |
| 01/12/1994 | 71 | NOTICE of filing stipulation and order of M&D's and Malhotra by Cathy Carden, Inc., Ammar (Former Deputy Clerk) (Entered: 01/14/1994) |
| 01/14/1994 | 72 | MOTION with memorandum in support by Paris Designs, Inc., Paul Cohen, Simon Moryoussef for final Hearing on counterclaim prior to further discovery and disposition of main action (Former Deputy Clerk) (Entered: 01/19/1994) |
| 01/18/1994 | 73 | MOTION by Iftigibiti Khan and Khan, Inc. to dismiss or for a more specific complaint (Former Deputy Clerk) (Entered: 01/19/1994) |
| 01/18/1994 | 74 | MEMORANDUM by Iftigibiti Khan and Khan, Inc. in support of [73-1] motion to dismiss or for a more specific complaint (Former Deputy Clerk) (Entered: 01/19/1994) |
| 01/18/1994 |  | Status conference held (Former Deputy Clerk) (Entered: 01/20/1994) |
| 01/18/1994 | 75 | Minute entry for status conference proceeding held before Judge Stanley Marcus on 1/18/94, setting scheduling order deadlines: Discovery deadline on 6/30/94 Pretrial conference 9:00 9/7/94 Pretrial stipulation due 7/30/94 Deadline for filing of all motions by 7/30/94 (Former Deputy Clerk) (Entered: 01/20/1994) |
| 01/19/1994 | 76 | MOTION by Paris Designs, Inc., Paul Cohen, Simon Moryoussef to deem counterclaim , and to stay , and to dismiss such counterclaim (Former Deputy Clerk) (Entered: 01/21/1994) |
| 01/19/1994 | 78 | STIPULATION by Cathy Carden, Inc., Ammar, M & D Distributors, M & D Fragrances, Dalip Malhotra In Re: extending time for defendants to answer complaint ot 1/14/94 (Former Deputy Clerk) (Entered: 01/26/1994) |
| 01/19/1994 | 78 | ORDER, extending time for Defendants M & D Distributors, M & D Frangrances & Cosmetics, Inc. and Dalip Malhotra to answer complaint ( signed by Judge Stanley Marcus on 1/18/94) CCAP (Former Deputy Clerk) (Entered: 01/26/1994) |
| 01/20/1994 | 77 | NOTICE OF SETTLEMENT filed by Amarjit Jolly (Former Deputy Clerk) (Entered: 01/25/1994) |
| 01/24/1994 | 84 | ORDER on status conference setting hearings and dates for briefing schedules and dismissing conterclaim, and dismissing [76-1] motion to deem counterclaim, dismissing [76-3] motion to dismiss such counterclaim, and setting scheduling order deadlines: Discovery deadline on 5:00 6/30/94 Pretrial conference 9:00 9/7/94 Pretrial stipulation due 7/29/94 Deadline for filing of all motions by 7/29/94 ( signed by Judge Stanley Marcus on 1/24/94) CCAP (Former Deputy Clerk) (Entered: 01/28/1994) |
| 01/25/1994 | 80 | AFFIDAVIT William R. Golden, Jr. (Former Deputy Clerk) (Entered: 01/27/1994) |
| 01/25/1994 | 81 | AFFIDAVIT Ramon L. Rosado, Jr. (Former Deputy Clerk) (Entered: 01/27/1994) |
| 01/25/1994 | 82 | AFFIDAVIT Richard Hernandez (Former Deputy Clerk) (Entered: 01/27/1994) |

| | | |
|---|---|---|
| 01/25/1994 | 83 | AFFIDAVIT Jack D. Jordan (Former Deputy Clerk) (Entered: 01/27/1994) |
| 01/25/1994 | 79 | MEMORANDUM by Cathy Carden, Inc., Ammar in opposition to [68-1] motion to set aside default, [68-2] motion to dismiss for lack of personal jurisdiction (Former Deputy Clerk) (Entered: 02/07/1994) |
| 01/26/1994 | 85 | MEMORANDUM by Cathy Carden, Inc., Ammar in opposition to [70-1] motion to vacate and dissolve [61-1] preliminary injunction order (Former Deputy Clerk) (Entered: 01/28/1994) |
| 02/01/1994 | 86 | JOINT MOTION by Cathy Carden, Inc., Ammar, Khan Perfumes, Iftigibiti Khan for permanent injunction against Ifti Khan , and to dismiss claims (Former Deputy Clerk) (Entered: 02/04/1994) |
| 02/01/1994 | 87 | MEMORANDUM by Cathy Carden, Inc., Ammar in opposition to [76-2] motion to stay (Former Deputy Clerk) (Entered: 02/04/1994) |
| 02/04/1994 | 88 | ANSWER and affirmative defenses to Complaint by M & D Distributors, M & D Fragrances, Dalip Malhotra (Attorney Robert Lamar Bell), (Former Deputy Clerk) (Entered: 02/07/1994) |
| 02/04/1994 | 89 | MOTION by Perfumes (U.S.A.), Harban Lal Gera for leave to file reply memorandum exceeding (10) pages (Former Deputy Clerk) (Entered: 02/07/1994) |
| 02/04/1994 | 90 | REPLY by Perfumes (U.S.A.), Harban Lal Gera to [79-1] memorandum in opposition to motion of Gera Defendants to set aside default and dismiss the complaint (Former Deputy Clerk) (Entered: 02/07/1994) |
| 02/07/1994 | 91 | ORDER granting [86-1] joint motion for permanent injunction against Ifti Khan, granting [86-2] joint motion to dismiss claims, and dismissing matter with prejudice as to Khan only. Each of parties shall bear own costs and fees and no further response is required to any pleadings filed by or on behalf of Khan. ( signed by Judge Stanley Marcus on 2/7/94) CCAP/M 2/10/94 (Former Deputy Clerk) (Entered: 02/10/1994) |
| 02/08/1994 | 92 | ORDER granting [89-1] motion for leave to file reply memorandum exceeding (10) pages. That Defendants' reply to Plaintiffs' memorandum in opposition to motion of the Gera Defendants to set aside default and dismiss the complaint be and is, deemed filed. ( signed by Judge Stanley Marcus on 2/8/94) CCAP (Former Deputy Clerk) (Entered: 02/14/1994) |
| 02/08/1994 | 93 | ORDER denying as moot [73-1] motion to dismiss or for a more specific complaint in light of entry of permanent injunction and orderr of dismissal as to these Defendants on 2/7/94 ( signed by Judge Stanley Marcus on 2/8/94) CCAP (Former Deputy Clerk) (Entered: 02/14/1994) |
| 02/14/1994 | 94 | EMERGENCY MOTION by Paris Designs, Inc., Paul Cohen, Simon Moryoussef to quash or modify subpoenas duces tecum (Former Deputy Clerk) (Entered: 02/15/1994) |
| 02/14/1994 | 95 | MEMORANDUM by Paris Designs, Inc., Paul Cohen, Simon Moryoussef in support of [94-1] motion to quash or modify subpoenas duces tecum (Former Deputy Clerk) (Entered: 02/15/1994) |
| 02/14/1994 | 96 | REQUEST by Paris Designs, Inc., Paul Cohen, Simon Moryoussef for immediate hearing on emergency motion to quash or modify (Former Deputy Clerk) (Entered: 02/15/1994) |
| 02/14/1994 | 97 | ORDER Referring Motion(s) [96-1] motion for immediate hearing on emergency |

| | | |
|---|---|---|
| | | motion to quash or modify referred to Magistrate Barry L. Garber, [94-1] motion to quash or modify subpoenas duces tecum referred to Magistrate Barry L. Garber ( signed by Judge Stanley Marcus on 2/14/94) (Former Deputy Clerk) (Entered: 02/15/1994) |
| 02/15/1994 | 98 | AMENDMENT by Paris Designs, Inc., Paul Cohen, Simon Moryoussef to: [94-1] motion to quash or modify subpoenas duces tecum (Former Deputy Clerk) (Entered: 02/18/1994) |
| 02/16/1994 | 99 | ORDER granting [89-1] motion for leave to file reply memorandum exceeding (10) pages ( signed by Judge Stanley Marcus on 2/16/94) CCAP (Former Deputy Clerk) (Entered: 02/23/1994) |
| 02/16/1994 | 100 | ORDER denying [94-1] motion to quash or modify subpoenas duces tecum ( signed by Magistrate Barry L. Garber on 2/16/94) CCAP (Former Deputy Clerk) (Entered: 02/23/1994) |
| 02/18/1994 | | Motion hearing re: [76-2] motion to stay held (Former Deputy Clerk) (Entered: 03/02/1994) |
| 02/18/1994 | 102 | Minute entry for hearing on motion for stay proceeding held before Judge Stanley Marcus on 2/18/94 (Former Deputy Clerk) (Entered: 03/02/1994) |
| 02/22/1994 | 101 | MOTION by Paris Designs, Inc., Paul Cohen, Simon Moryoussef for limitation of service of pleadings (Former Deputy Clerk) (Entered: 02/25/1994) |
| 02/24/1994 | 103 | ORDER denying [76-2] motion to stay ( signed by Judge Stanley Marcus on 2/24/94) CCAP (Former Deputy Clerk) (Entered: 03/02/1994) |
| 02/25/1994 | 104 | MOTION with memorandum in support by Harban Lal Gera to strike notice of deposition , and to enter protective order (Former Deputy Clerk) (Entered: 03/02/1994) |
| 02/25/1994 | 105 | ORDER [98-1] amended emergency motion to quash or modify referred to Magistrate Barry L. Garber to address ( signed by Judge Stanley Marcus on 2/24/94) CCAP (Former Deputy Clerk) (Entered: 03/03/1994) |
| 03/01/1994 | 106 | ORDER granting [98-1] amendment to emergency motion to quash ( signed by Magistrate Barry L. Garber on 2/28/94) CCAP (Former Deputy Clerk) (Entered: 03/04/1994) |
| 03/02/1994 | 107 | Minute entry for motions proceeding held before Judge Stanley Marcus on 3.2.94 (sk, Deputy Clerk) (Entered: 03/11/1994) |
| 03/04/1994 | 108 | ORDER Referring Motion(s) [104-1] motion to strike notice of deposition referred to Magistrate Barry L. Garber, [104-2] motion to enter protective order referred to Magistrate Barry L. Garber ( signed by Judge Stanley Marcus on 3.3.94) (sk, Deputy Clerk) (Entered: 03/11/1994) |
| 03/07/1994 | 109 | STIPULATION by Cathy Carden, Inc., Ammar, Paris Designs, Inc., Paul Cohen, Simon Moryoussef In Re: confidentiality agreement (sk, Deputy Clerk) (Entered: 03/11/1994) |
| 03/07/1994 | 110 | NOTICE of filing confidentiality agreement by Cathy Carden, Inc., Ammar (sk, Deputy Clerk) (Entered: 03/11/1994) |
| 03/07/1994 | 111 | ORDER granting [104-1] motion to strike notice of deposition, granting [104-2] motion to enter protective order ( signed by Magistrate Barry L. Garber on 3.4.94 nunc pro tunc 2.28.94) CCAP (sk, Deputy Clerk) (Entered: 03/11/1994) |
| 03/08/1994 | 112 | AMENDED NOTICE by Cathy Carden, Inc., Ammar to take deposition of Harban Lal |

| | | |
|---|---|---|
| | | Gera 3/15/94 at 10:00 (Former Deputy Clerk) (Entered: 03/14/1994) |
| 03/10/1994 | 113 | ORDER granting [101-1] motion for limitation of service of pleadings ( signed by Judge Stanley Marcus on 3/10/94) CCAP (Former Deputy Clerk) (Entered: 03/16/1994) |
| 03/29/1994 | 114 | SUPPLEMENTAL BRIEF by Cathy Carden, Inc., Ammar in opposition to [68-1] motion to set aside default, [68-2] motion to dismiss for lack of personal jurisdiction (Former Deputy Clerk) (Entered: 04/08/1994) |
| 03/29/1994 | 115 | MOTION by Cathy Carden, Inc., Ammar to file surreply to Gera Defendants' motions to dismiss, etc (Former Deputy Clerk) (Entered: 04/08/1994) |
| 04/12/1994 | 116 | MOTION by Cathy Carden, Inc., Ammar to dismiss with prejudice defendants claims (dqa, Deputy Clerk) (Entered: 05/05/1994) |
| 04/12/1994 | 117 | MEMORANDUM by Perfumes (U.S.A.), Harban Lal Gera in opposition to [115-1] motion to file surreply to Gera Defendants' motions to dismiss, etc (dqa, Deputy Clerk) (Entered: 05/05/1994) |
| 04/12/1994 | 119 | NOTICE of voluntary dismissal with prejudice, and settlement in related New York matter by Cathy Carden, Inc., Ammar (Former Deputy Clerk) (Entered: 05/09/1994) |
| 04/18/1994 | 120 | ORDER granting [116-1] motion to dismiss with prejudice defendants claims. Defendants S.P.P.C., Ali Hojeij and Jean Jacques Taffouraud. Each party shall bear their won costs and fees ( signed by Judge Stanley Marcus on 4/15/94) CCAP (Former Deputy Clerk) (Entered: 05/12/1994) |
| 04/19/1994 | 118 | NOTICE of filing of Proposed Permanent Injunction and Order Of dismissal as to Defendants Maglani, Sunwest and Perfume Connection, by Cathy Carden, Inc., Ammar (dqa, Deputy Clerk) Modified on 05/06/1994 (Entered: 05/06/1994) |
| 04/26/1994 | 121 | PERMANENT INJUNCTION AND ORDER OF DISMISSAL for plaintiff and against defendants Inder Manglani, Sunwest Enterprises, and Perfume Connection ( signed by Judge Stanley Marcus on 4/26/94) CCAP (Former Deputy Clerk) (Entered: 05/13/1994) |
| 05/23/1994 | 122 | MOTION by M & D Distributors, M & D Fragrances, Dalip Malhotra for admission of Stephen A. Agus to appear pro hac vice (Former Deputy Clerk) (Entered: 06/06/1994) |
| 06/01/1994 | 123 | AGREED MOTION by Paris Designs, Inc., Paul Cohen, Simon Moryoussef to extend discovery cutoff (Former Deputy Clerk) (Entered: 06/09/1994) |
| 06/06/1994 | 124 | ORDER granting [122-1] motion for admission of Stephen A. Agus to appear pro hac vice ( signed by Judge Stanley Marcus on 6/3/94) CCAP (Former Deputy Clerk) (Entered: 06/16/1994) |
| 07/01/1994 | 125 | ORDER granting [123-1] motion to extend discovery cutoff, and resetting scheduling order deadlines: Discovery deadline on 8/15/94 Pretrial conference 9:00 10/19/94 Pretrial stipulation due 9/15/94 Deadline for filing of all motions by 9/15/94 ( signed by Judge Stanley Marcus on 6/30/94) CCAP (Former Deputy Clerk) (Entered: 07/12/1994) |
| 07/25/1994 | 126 | NOTICE of filing dismissal, with settlement by Cathy Carden, Inc., Ammar, M & D Distributors, M & D Fragrances, Dalip Malhotra (Former Deputy Clerk) (Entered: 07/29/1994) |
| 07/28/1994 | 127 | ORDER, for permanent injunction , dismissing listed parties ( signed by Judge Stanley Marcus on 7/28/94) CCAP (Former Deputy Clerk) (Entered: 08/02/1994) |
| 08/16/1994 | 128 | NOTICE of conflict and unavailability of counsel by Paris Designs, Inc. (Former |

| | | |
|---|---|---|
| | | Deputy Clerk) (Entered: 08/18/1994) |
| 09/02/1994 | 129 | AGREED MOTION by Paris Designs, Inc., Paul Cohen, Simon Moryoussef to continue trial and rescheduling other matters (Former Deputy Clerk) (Entered: 09/15/1994) |
| 09/12/1994 | 130 | ORDER granting [129-1] motion to continue trial and rescheduling other matters, and resetting scheduling order deadlines: Pretrial conference 9:00 11/16/94 Pretrial stipulation due 10/12/94 ( signed by Judge Stanley Marcus on 9/9/94) CCAP (Former Deputy Clerk) (Entered: 09/19/1994) |
| 09/14/1994 | 131 | JOINDER IN MOTION by Cathy Carden, Inc., Ammar to continue trial (Former Deputy Clerk) (Entered: 09/20/1994) |
| 10/04/1994 | 132 | ORDER denying [70-1] motion to vacate and dissolve [61-1] preliminary injunction order, granting [68-1] motion to set aside default, denying [68-2] motion to dismiss for lack of personal jurisdiction, denying [57-1] motion to dismiss for lack of jurisdiction, insufficiency of process and service of process and improper venue ( signed by Judge Stanley Marcus on 10/3/94) CCAP (Former Deputy Clerk) (Entered: 10/05/1994) |
| 10/11/1994 | 133 | JOINT MOTION by Cathy Carden, Inc., Ammar to extend time to file pretrial stipulation (Former Deputy Clerk) (Entered: 10/12/1994) |
| 10/12/1994 | 134 | ORDER granting [133-1] joint motion to extend time to file pretrial stipulation and, resetting scheduling order deadlines: Pretrial conference 9:00 12/14/94 Pretrial stipulation due 11/14/94 ( signed by Judge Stanley Marcus on 10/12/94) CCAP (Former Deputy Clerk) (Entered: 10/13/1994) |
| 10/18/1994 | 135 | Answer and affirmative defenses by Perfumes (U.S.A.), Harban Lal Gera (Attorney Timothy J. Armstrong), (Former Deputy Clerk) (Entered: 10/19/1994) |
| 11/17/1994 | 136 | EMERGENCY JOINT MOTION by Cathy Carden, Inc., Ammar to extend time to file pretrial stipulation or settlement (Former Deputy Clerk) (Entered: 11/22/1994) |
| 11/18/1994 | 137 | ORDER granting [136-1] joint motion to extend time to file pretrial stipulation or settlement, and resetting pretrial stipulation due for 11/23/94. Settlement documents, if appropriate, shall be submitted by 11/22/94 ( signed by Judge Stanley Marcus on 11/18/94) CCAP (Former Deputy Clerk) (Entered: 11/22/1994) |
| 11/30/1994 | 138 | NOTICE of filing settlement agreement by Cathy Carden, Inc., Ammar (Former Deputy Clerk) (Entered: 12/02/1994) |
| 12/02/1994 | 139 | ORDER, dismissing with prejudice cause, pursuant to terms of parties' stipulation of settlement. Court retains jurisdiction to enforce the terms of the settlement agreement ( signed by Judge Stanley Marcus on 12/1/94) CCAP/M 12/6/94 (Former Deputy Clerk) (Entered: 12/06/1994) |
| 12/02/1994 | | Case closed (Former Deputy Clerk) (Entered: 12/06/1994) |
| 02/23/1995 | 140 | MOTION by Cathy Carden, Inc., Ammar for entry of agreed permanent injunction , and for dismissal of Gera Defendants (Former Deputy Clerk) (Entered: 02/24/1995) |
| 02/24/1995 | 141 | ORDER granting [140-1] motion for entry of agreed permanent injunction as to Defendants Paris Designs, Inc., Paul Cohen, Simon Moryouseff, and Fragance Mart, Inc. ( signed by Judge Stanley Marcus on 2/23/95) CCAP/M (Former Deputy Clerk) (Entered: 02/28/1995) |
| 02/24/1995 | 142 | ORDER granting [140-2] motion for dismissal of Gera Defendants, and dismissing matter as to Defendants Harban Lal Gera and Perfumes (USA), Inc. only. Each parties |

| | | |
|---|---|---|
| | | shall bear own costs and fees. Court shall maintain jurisdiction until these defendants have complied with all terms of the settlement agreement ( signed by Judge Stanley Marcus on 2/23/95) CCAP/M (Former Deputy Clerk) (Entered: 02/28/1995) |
| 02/27/1995 | 143 | MOTION with memorandum in support by Perfumes (U.S.A.), Harban Lal Gera to vacate [142-1] order dismissing matter as to Defendants Harban Lal Gera and Perfumes (USA), Inc. only. Each parties shall bear own costs and fees. Court shall maintain jurisdiction until these defendants have complied with all terms of the settlement agreement and for entry of a corrected order (Former Deputy Clerk) (Entered: 03/06/1995) |
| 04/03/1995 | 144 | CORRECTED ORDER granting [143-1] motion to vacate [142-1] order dismissing matter as to Defendants Harban Lal Gera and Perfumes (USA), Inc. only. Each parties shall bear own costs and fees. Court shall maintain jurisdiction until these defendants have complied with all terms of the settlement agreement and for entry of a corrected order, and dismissing with prejudice as to these Defendants only. Each parties shall bear own costs and fees. Court shall maintain jurisdiction over these parties until these Defendants hav complied with all terms of the settlement agreement. ( signed by Judge Stanley Marcus on 4/3/95) CCAP/M (Former Deputy Clerk) (Entered: 04/07/1995) |
| 09/16/1998 | 146 | VERIFIED MOTION with memorandum in support by Ammar, Cathy Carden, Inc. to enforce settlement agreement , and for entry of final consent judgment (hd, Deputy Clerk) (Entered: 09/28/1998) |
| 09/22/1998 | 145 | CLERK'S NOTICE OF REASSIGNMENT OF CLOSED CASE. Case reassigned to Judge Alan S. Gold for all further proceedings. (Former Deputy Clerk) (Entered: 09/22/1998) |
| 07/08/1999 | 147 | ORDER granting [146-1] motion to enforce settlement agreement, granting [146-2] motion for entry of final consent judgment ( Signed by Judge Alan S. Gold on 7/7/99) CCAP [EOD Date: 7/12/99] (hd, Deputy Clerk) (Entered: 07/12/1999) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 04/05/2007 13:48:10 | |
| PACER Login: gt1329 | Client Code: |
| Description: Docket Report | Search Criteria: 1:93-cv-02344-ASG |
| Billable Pages: 10 | Cost: 0.80 |