# Exhibit A

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 14 04:19:30 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **Record 1 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## 360°

| | |
|---|---|
| **Word Mark** | 360° |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Fragrances and personal care products for men and women, namely perfume, eau de toilette, body lotion, bath and shower gel, after shave, after shave balm, and deodorant. FIRST USE: 19930800. FIRST USE IN COMMERCE: 19930800 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 78158883 |
| **Filing Date** | August 28, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 1, 2003 |
| **Registration Number** | 2729330 |
| **Registration Date** | June 24, 2003 |
| **Owner** | (REGISTRANT) PEI Licensing, Inc. CORPORATION DELAWARE 3000 N.W. 107th Avenue Miami FLORIDA 33172 |
| **Attorney of Record** | Geri Lynn Mankoff |
| **Prior Registrations** | 2324681 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| Live/Dead Indicator | LIVE |
|---|---|

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 14 04:19:30 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **Record 2 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## 360°
## PERRY ELLIS

| | |
|---|---|
| **Word Mark** | 360° PERRY ELLIS |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: women's fragrances and personal care products, namely perfume, eau de toilette, body lotion, bath and shower gel. FIRST USE: 19930800. FIRST USE IN COMMERCE: 19930800 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.17.25 - Biohazard symbol; Degree sign (°); Equal sign (=); Greater than symbol > (mathematical); Handicapped symbol; Hazardous materials symbol; Less than symbol < (mathematical); Pound sign (#) |
| **Serial Number** | 74473873 |
| **Filing Date** | December 21, 1993 |
| **Current Filing Basis** | UNKNOWN |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 27, 1996 |
| **Registration Number** | 2324681 |
| **Registration Date** | February 29, 2000 |
| **Owner** | (REGISTRANT) Perry Ellis International, Inc. CORPORATION NEW YORK 130 Prince Street New York NEW YORK 10012 |

| | |
|---|---|
| | (LAST LISTED OWNER) PEI Licensing, Inc. CORPORATION DELAWARE Legal Dept. 3000 NW 107th Avenue Miami FLORIDA 33172 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Geri Lynn Mankoff |
| **Prior Registrations** | 1416338;1428486;1739844;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | "PERRY ELLIS" is the name of the founder of the applicant, who is now deceased. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY