# Exhibit C



365 DAYS
BLUE
FOR MEN

EAU DE PARFUM
SPRAY

3.4 FL OZ • 100 ML



