# Greenberg Traurig

David Saenz
(212) 801-6930
SaenzD@gtlaw.com

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/07

RECEIVED
APR 30 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

April 30, 2007

**VIA FACSIMILE (212-805-7901)**
Honorable Harold Baer, Jr.
United States District Court - Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: *PEI Licensing, Inc. v. Perfume Network, et al*, Civil Action No. 07-cv-3086( HB)

Dear Judge Baer:

We are counsel for plaintiff PEI Licensing, Inc. in the above-referenced matter. We have received notice that you executed the proposed order for Preliminary Injunction on Consent. I understand that you have requested that we appear for a preliminary conference on Tuesday, May 1st at 9:30am. Regrettably, I am traveling this week and while we can arrange for another attorney from our firm to attend the conference in our stead, neither I nor Roxanne Elings will be available for the preliminary conference until Thursday, May 3. I have spoken with opposing counsel, who is amenable to moving the conference to either the morning of Thursday, May 3 or any time on Thursday, May 10 that is most convenient for you. If neither date will work, we will prepare another attorney from our firm to appear on our behalf.

I appreciate your consideration on this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

GREENBERG TRAURIG LLP

David Saenz/klm
David Saenz, Esq.

Cc: Martin Saperstein, Esq. (516-228-8100)
Roxanne Elings, Esq.

ENZ/klm

[Handwritten notation from Judge: 4/30 Denied. Better send your next to put out the truth and someone from your firm. I'm confident someone from GT can do it. SO ORDERED. Harold Baer USDJ]

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400

www.gtlaw.com

Endorsement:

    DENIED.  Better find someone this is just to fill out a PTSO and put the matter on track - I'm confident you can find someone - see you or a reasonable facsimile tomorrow.